UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: JEFFREY ANTHONY MILLER, ATTORNEY AT LAW, CA BAR NO. 144120. | Case No.: 2:18-ms-00017<br><br>**ORDER OF DISBARMENT** |

    Attorney Jeffrey Anthony Miller, CA Bar No. 6752, was enrolled as an inactive member by the State Bar Court of California pursuant to the Order Entering Default and Order Enrolling Inactive (Rule 5.81 – Failure to Appear), *In the Matter of Jeffrey Anthony Miller, Member No. 144120*, Case No. 16-O-16334-DFM, filed December 5, 2017, February 21, 2018, and April 20, 2018.  The Order to Show Cause provided Mr. Miller with thirty (30) days to respond with reasons why he should not be disbarred from the practice of law in this Court.  No response has been received from Mr. Miller. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

    Accordingly, **IT IS ORDERED** that Jeffrey Anthony Miller, CA Bar No. 6752, is **DISBARRED** from practicing before this Court pursuant to Local Rule IA 11-7(f)(1).

    **DATED** this  26  day of November 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this <u>28th</u> day of November 2018, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Jeffrey Anthony Miller
>Law Offices of Jeffrey A. Miller & Associates
>1304 East Dexter Street
>Covina, CA 91724

Certified Mail No.:   7017 3380 0000 4606 0832

>/s/ Michael Zadina
>Deputy Clerk
>United States District Court,
>District of Nevada